1

2                     **JS-6**

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SUA INSURANCE COMPANY, ) | Case No. EDCV 08-312-VAP |
| an Illinois Corporation,) | (JCRx) |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| BARRY M. DUBLE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff SUA Insurance Company against Defendant Barry M. Duble as follows:

    It is ordered that as a matter of law there is no coverage and no obligation on the part of Plaintiff to either defend, indemnify, or otherwise extend any benefits of any kind on behalf of Defendant under SUA Policy No. 10 ATMAG200854-GL01 and Police No. 10 ATMAG200854-GL02 for claims arising from the damages

1    Pieter and Angela Van Niel ("Van Niel") claim, which

2    arose out of the performance of a construction contract

3    regarding their residence located at 4103 Newport Court,

4    San Bernardino, California ("the property") and the

5    lawsuit filed by Van Niel in San Bernardino Superior

6    Court Case No. CIVSS 703003, Pieter Van Niel and Angela

7    Van Niel v. Barry Duble, et al.

8

9        The Court orders that such judgment be entered.

10

11

12   Dated: February 25, 2009    _____

13                                VIRGINIA A. PHILLIPS
                                  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2